### 12456. SMITH *v.* THE STATE.

LUKE, J. 1. The charge of the court was a correct presentation of the law applicable to the facts of the case; and if the defendant desired any fuller or more specific instructions, he should have so requested the court to charge.

2. The evidence authorized the verdict, which has the approval of the trial judge, and for no reason assigned was it error for the court to overrule the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED JULY 12, 1921.

Indictment for larceny; from city court of Dublin — Judge Sturgis. April 18, 1921.

*W. A. Dampier, C. L. Loden,* for plaintiff in error.

*William Brunson, solicitor,* contra.

---

### 12459. CALLAWAY *v.* THE STATE.

LUKE, J. In this case the motion for a new trial contained only the usual general grounds. There was ample evidence to authorize the verdict, which has the approval of the trial judge, and this court is powerless to interfere.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED JULY 12, 1921.

Accusation of larceny; from city court of Miller county — Judge Geer. April 16, 1921.

*N. L. Stapleton,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.